IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 1:15-rj-00005

INLAND CONCRETE ENTERPRISES, INC. EMPLOYEE STOCK OWNERSHIP PLAN, et al.

    Plaintiff:

v.

KRAFT AMERICAS, L.P., a limited Partnership, et al.

    Defendant.

---

### PROPOSED ORDER GRANTING PLAINTIFF'S MOTION DIRECTING GARNISHEE AS TO THE DISPOSITION OF THE JUDGMENT DEBTOR'S PROPERTY

---

THIS COURT, having reviewed Plaintiff's Motion Directing Garnishee as to the Disposition of the Judgment Debtor's Property, does hereby Grant said Motion and Orders that garnishee, Waycor Materials, Inc., wholly owned by Oldcastle SW Group, Inc., is to send payment in the amount of $66,758.36, to Plaintiff's successor in interest, Oldcastle Precast, Inc.

Dated and signed this 31st day of July 2015.

BY THE COURT:

_Michael E. Hegarty_
United States ~~District Court~~ Magistrate Judge for the District of Colorado